JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                         :       INDICTMENT

NOEL VELEZ,                       :       07 Cr.

        Defendant.              :

- - - - - - - - - - - - - - - x

07 CRIM 743

COUNT ONE

The Grand Jury charges:

On or about June 8, 2007, in the Southern District of New York, NOEL VELEZ, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about July 18, 2003, in Bronx Supreme Court, New York, for attempted burglary in the third degree in violation of New York Penal Law Section 140.20, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Smith and Weston .40 caliber handgun, which previously had been shipped and transported in interstate commerce.

    (Title 18, United States Code, Section 922(g)(1).)


_____          _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NOEL VELEZ,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Katherine U. Brooks*

Foreperson.

08/10/07 INDICTMENT FILED. CASE ASSIGNED TO J. LYNCH.

Fox, J.