UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,              :
:                    07 Cr. 743 (GEL)
-v-                        :
:                    **ORDER**
NOEL VELEZ,                            :
:
            Defendant.     :
------------------------------------------------------------x

USDC ...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07

GERARD E. LYNCH, District Judge:

    In a letter dated November 1, 2007, Defendant Noel Velez requests that the deadline for defense motions be rescheduled from November 2, 2007, to November 9, 2007, and that the hearing on those motions be adjourned for one week from the initial date of November 20, 2007. This request is made because Velez may be entitled to additional discovery that has not yet been provided, and the Government is in the process of determining whether the Government has additional discovery to which it believes Velez is entitled. Velez consents to the exclusion of time for purposes of the Speedy Trial Act.

    The Court finds that the interests of justice are served by rescheduling the motions practice and adjourning the hearing to ensure that Velez is able to review any additional discovery, and if necessary, to prepare and file a suppression motion. These interests outweigh the interests of the defendant and the public in a speedy trial. It is therefore

    ORDERED, that defense motions will be due November 9, 2007, and the hearing on the motion is adjourned until November 30, 2007, at 12:00 pm. It is further ORDERED that the time from November 2, 2007 to November 9, 2007, be excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED:

Dated: New York, New York
       November 2, 2007

                                          _____
                                          GERARD E. LYNCH
                                          United States District Court Judge