UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 07 CR. 743 (GEL) |
| - v - | : | |
| NOEL VELEZ | : | |
| Defendant. | : | |

------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed motion and memorandum of law, and the exhibits attached thereto, the defendant herein, **NOEL VELEZ**, will move this Court, before the **HONORABLE GERARD E. LYNCH**, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an Order, pursuant to Rule 12 and Rule 41 of the Federal Rules of Criminal Procedure, suppressing evidence obtained in violation of the Fourth Amendment, suppressing statements obtained from the defendant as a result of an illegal search and seizure, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       November 9, 2007

                                                    Respectfully submitted,
                                                    LEONARD F. JOY, ESQ.
                                                    Federal Defenders of New York

                           By:   _____
                                                   PEGGY M. CROSS, ESQ.
                                                   Attorney for Defendant
                                                    **NOEL VELEZ**
                                                   52 Duane Street - 10th Floor
                                                   New York, New York 10007

TO:    **MICHAEL J. GARCIA, ESQ.**
         United States Attorney
         Southern District of New York
         One St. Andrew's Plaza
         New York, New York 10007
         Attn:  **ANTONIA M. APPS, ESQ.**
                  Assistant United States Attorney