UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 07 CR. 743 (GEL) |
| - v - | : | |
| **NOEL VELEZ** | : | STATEMENT OF FILING DELAY |
| Defendant. | : | |

-----------------------------------------------------X

PEGGY M. CROSS, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalty of perjury:

1. I am the Assistant Federal Defender assigned to represent Noel Velez in the above-captioned case.

2. I was prevented from filing the papers relating to this motion on November 9, 2007, because of an ECF-related technical difficulty. Although the ECF system allowed me to log in, it did not permit me to file any documents.

3. The documents I attempted to file on November 9, 2007, were:

    A. Notice of Appearance;
    B. Notice of Motion;
    C. Motion and Memorandum of Law and exhibits thereto; and
    D. Declaration of Mr. Velez and exhibit thereto.

4. Pursuant to the instructions on the Court's website, I will electronically file the documents as soon as possible.

5. I caused a true an correct copy of the above-listed documents to be delivered via email to antonia_apps@usdoj.gov on November 9, 2007.

WHEREFORE, I respectfully request that the Court deem this motion timely filed.

Dated: New York, NY
November 9, 2007

_____
**PEGGY M. CROSS**