## AFFIRMATION OF SERVICE

PEGGY M. CROSS, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalty of perjury:

That I am an Assistant Federal Defender in the officer of the Federal Defenders of New York, Inc.

That on November 9, 2007, I electronically filed and caused a true and correct copy of the Defendant's Reply Memorandum in Support of His Motion to Dismiss the Information to be served by hand delivery on:

> Antonia M. Apps
> Assistant United States Attorney
> Southern District of New York
> One St. Andrew's Plaza
> New York, NY 10007

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: New York, NY
       November 9, 2007

_____
PEGGY M. CROSS