UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,         :
:
-v-                               :
:
NOEL VELEZ,                       :
:
              Defendant.    :
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

07 Cr. 743 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    For the reasons stated in open court before the parties on December 6, 2007, it is hereby ORDERED that:

1.    Defendant's motion to suppress evidence dated November 9, 2007, is denied.

2.    A subsequent conference is scheduled for January 8, 2008.

3.    The time from December 6, 2007, to January 8, 2008, is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED:

Dated: New York, New York
       December 6, 2007

                                                              _____
                                                                GERARD E. LYNCH
                                                           United States District Court Judge