FORM 1

# NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
__Southern__ DISTRICT OF __New York__

U.S.
-v-
Noel Velez Def.

NOTICE OF APPEAL

__07 CR. 743__
Docket No.

Notice is hereby given that __Noel Velez__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) __Violation of Const. Rights + Due Process__

entered in this action on the __22__ day of __May__, 20__08__.

_____
Signature

_____
Printed Name

_____
Address

_____

( __ ) _____
Telephone No. (with area code)

Date:_____

[Stamp: U.S. DISTRICT COURT FILED MAY 29 2008 S.D. OF N.Y.]

[Stamp: PRO SE OFFICE]